### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ZYAIR BROWN** | * | |
|     **Plaintiff** | * | |
| v. | * | Civil Action No.: |
| **DAREN LAMAR LASSITER,** *et al.* | * | |
|     **Defendants** | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF REMOVAL

Petitioners/Defendants, Daren Lamar Lassiter ("Lassiter") and Pro Transport & Leasing, Inc. ("Pro Transport"), through their undersigned attorneys, pursuant to 28 U.S.C. §1441 *et. seq.*, file this Notice of Removal of this action from the Circuit Court for Prince George's County, Maryland, in which it is now pending, to the United States District Court for the District of Maryland, and in support thereof respectfully aver as follows:

1. Petitioners Lassiter and Pro Transport have been named as Defendants in a suit filed in the Circuit Court for Prince George's County, Case No.: CAL 21-09483.

2. Plaintiff is a resident of Prince George's County, Maryland.

3. Petitioner/Defendant Lassiter is a resident of Newport News, Virginia.

4. Petitioner/Defendant Pro Transport is incorporated in and has its principal place of business in the State of North Dakota.

5. The above-entitled action is one in which this Court has original jurisdiction pursuant to Title 28 U.S.C. §1332. Petitioner seeks to remove this action to this Court under Title 28 U.S.C. §1441.

6. Filed herewith as Exhibits 1 through 8, respectively, are the Writ of Summons issued to Pro Transport, First Amended Complaint and Request for Jury Trial, Request for Jury Trial, Certificate of Good Standing, redlined version of the First Amended Complaint and Request for Jury Trial, redlined version of the Request for Jury Trial, redlined version of the Certificate of Good Standing and Line Requesting a Re-Issue of Writs of Summonses.

7. The above-entitled matter is a civil action in which the Plaintiff alleges negligence on the part of Petitioners/Defendants.

8. Petitioners are entitled to removal because there is complete diversity of citizenship between Plaintiff and Defendants and the amount in controversy exceeds $75,000.00. Plaintiff is a resident of Prince George's County, Maryland. Petitioner/Defendant Lassiter is a resident of Newport News, Virginia. Petitioner/Defendant Pro Transport is incorporated in and has its principal place of business in the State of North Dakota. Plaintiff's Complaint seeks judgment in excess of $75,000.00.

9. All served defendants join and consent to this Notice of Removal.

WHEREFORE, Petitioners/Defendants, Daren Lamar Lassiter and Pro Transport & Leasing, Inc., respectfully request that the above-entitled action be removed from the Circuit Court for Prince George's County, Maryland to the United States District Court for the District of Maryland.

Respectfully submitted,

*/s/ Tamara Goorevitz*_____
Tamara B. Goorevitz (#25700)
James K. Hetzel (#20158)
FRANKLIN & PROKOPIK. P.C.
2 N. Charles Street, Suite 600
Baltimore, Maryland 21201
(410) 752-8700
(410) 752-6868 (fax)
tgoorevitz@fandpnet.com
jhetzel@fandpnet.com
*Attorneys for Petitioners/Defendants,*
*Daren Lassiter and Pro Transport & Leasing, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of March, 2022, a copy of the foregoing Notice of Removal was e-filed with the Court's ECF system and was sent via email to:

Robert C. Morgan, Esq.
Shelsby & Leoni
221 Main Street
Wilmington, DE 19804
rmorgan@mslde.com
*Attorneys for Plaintiff*

*/s/ Tamara Goorevitz*_____
Tamara B. Goorevitz (#25700)