

Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: CAL21-09483

Other Reference No.(s): ...............................

Child Support Enforcement Number: ...............................

Date issued: February 1, 2022

To: Pro Transport and Leasing Inc
SV: Arthur O. Bakken, Registered Agent
4655 28th Avenue South
South Grand Forks, SD 58201-3837

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached complaint filed by;

ZYAIR BROWN
9100 MEZMER COURT
CLINTON MD 20735

This summons is effective for service only if served within 60 days after the date it is issued.

*Mahasin E. Jonin* #466
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 01/2019)    Page 1 of 4    CAL21-09483

FEB - 8 2022

Exhibit 1

# SHERIFF'S RETURN

Circuit Court for Prince George's County

To:..................................................

Sheriff fee:................................By:................................................................

Served:..........................................................................................................

Time:..................Date:................................................................................

Unserved (Reason):......................................................................................

With the following:

    Summons                              Counter Complaint
    Complaint                             Domestic Case Information Report
    Motions                               Financial Statement
    Petition and Show Cause Order    Other: _____
                                                    (please specify)

Was unable to serve because:

    Moved; left no forwarding address    No such address
    Address not in Jurisdiction            Other: _____
                                                    (please specify)

Sheriff Fee: $_____        ☐ Waived by: _____

                                                     (Serving Sheriff's Signature & Date)

Instructions to Private Process:

1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.

4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).