| | | |
|---|---|---|
| Zyair Brown<br>9100 Mezmer Court<br>Clinton, MD 20735 | *<br>*<br>*<br>* | IN THE CIRCUIT COURT<br><br>FOR PRINCE GEORGE'S |
| Plaintiff, | *<br>* | COUNTY, MARYLAND |
| v. | *<br>*<br>* | CASE NO.: CAL21-09483 |
| Daren Lamar Lassiter<br>663 Ellen Road<br>Newport News, VA 23605 | *<br>*<br>*<br>* | |
| Pro Transport & Leasing, Inc.<br>4655 28th Avenue South<br>South Grand Forks, SD 58201-3837 | *<br>*<br>*<br>* | |
| SERVE:<br>Arthur O. Bakken, Registered Agent<br>Pro Transport & Leasing, Inc.<br>4655 28th Avenue South<br>South Grand Forks, SD 58201-3837 | *<br>*<br>*<br>*<br>*<br>* | |
| Defendants. | *<br>* | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### FIRST AMENDED COMPLAINT AND REQUEST FOR JURY TRIAL

Plaintiff, Zyair Brown ("Ms. Brown") sues the Defendants, Daren Lamar Lassiter ("Mr. Lassiter") and Pro Transport & Leasing, Inc. ("Pro Transport"), and in support thereof states and alleges as follows:

### JURISDICTION AND VENUE

1. Plaintiff, Zyair Brown, is a resident of Clinton, Prince George's County, Maryland.

2. Defendant, Daren Lamar Lassiter, is resident of Newport News, Virginia.

1

Exhibit 2

3.      Defendant, Pro Transport & Leasing, Inc. is a foreign corporation with its principal place of business in South Grand Forks, South Dakota.

4.      Jurisdiction is proper in this Court against Defendant Pro Transport & Leasing, Inc. pursuant to the provisions of Maryland Code, Annotated, Courts & Judicial Proceedings Article Sections 6-201, and 6-202 (3) as Defendant Pro Transport & Leasing, Inc. does not maintain a principal place of business in Maryland and the Plaintiff resides in Prince Georges County, Maryland.

5.      Jurisdiction is proper in this Court, against Defendant Daren Lamar Lassiter pursuant to the provisions of Maryland Code, Annotated, Courts & Judicial Proceedings Article Sections 6-201, and 6-202 (11) as Defendant Daren Lamar Lassiter is a non-resident individual and as such may be sued in any county in the State.

## COUNT I - NEGLIGENCE

6.      On April 23, 2019, Plaintiff was carefully and lawfully operating her vehicle southbound on Route 270 at or near Tuckerman Lane in Montgomery County, when the Defendant, Daren Lamar Lassiter, driving a 2016 Freightliner Truck southbound on Route 270, negligently changed lanes and entered the lane of travel occupied by the Plaintiff and struck the vehicle operated by Ms. Brown.

7.      Defendant, Mr. Lassiter, was negligent in entering Plaintiff's lane of travel in violation of Maryland law, in failing to keep a proper lookout, in failing to yield the right of way to the vehicle of Ms. Brown and was otherwise negligent in striking the side of Plaintiff, Ms. Brown's car, causing her car to spin out of control and strike the guard rail.

8. Plaintiff, Ms. Brown was free of any negligence causing or contributing to cause her injuries and damages.

9. That the Defendant Lassiter's aforesaid negligence proximately caused Plaintiff to suffer multiple serious and permanent injuries to her brain, head, left side of her body including her left shoulder, arm, torso, hip and lower extremity and their surrounding tissues and supporting structures. The injuries caused by the negligence of the Defendant Mr. Lassiter resulted in disability, permanent injury, disfigurement and physical as well as emotional pain and suffering to Plaintiff, Ms. Brown.

10. As well, the Defendant Daren Lamar Lassiter's negligence proximately caused Plaintiff to sustain medical expenses in the past and likely permanently in the future and suffer past lost wages and future lost wages and significantly reduced future earning capacity.

## COUNT II – RESPONDEAT SUPERIOR

10. At all times relevant to this litigation, Defendant Daren Lamar Lassiter was operating a motor vehicle owned by Defendant Pro Transport & Leasing, Inc.

11. At all times relevant to this litigation, Defendant Daren Lamar Lassiter was the actual and/or apparent agent, servant or employee of Defendant Pro Transport & Leasing, Inc. acting within the scope of his duties.

12. The Defendant, Pro Transport, is vicariously liable for the negligent acts of its actual and/or apparent agent, servant or employee, Daren Lamar Lassiter and the injuries and damages caused to the Plaintiff, Ms. Brown, as proximate result thereof.

13. The Defendants are jointly and severally liable to the Plaintiff.

3

14.     As well, the Defendant Pro Transport & Leasing, Inc.'s negligence proximately caused Plaintiff to sustain medical expenses in the past and likely permanently in the future and suffer past lost wages and future lost wages and significantly reduced future earning capacity.

**WHEREFORE,** the Plaintiff seeks damages against the Defendants, Daren Lamar Lassiter and Pro Transport & Leasing, Inc., jointly and severally in an amount in excess of $75,000.00.

                                       Respectfully submitted,

                                       **SHELSBY & LEONI**

By:     *[signature]*
                       Robert C. Morgan, Esquire
                       (Member of Maryland Bar)
                       221 Main Street
                       Wilmington, DE  19804
                       (302) 995-6210
                       rmorgan@mslde.com
                       AIS #8112010261
                       *Attorney for Plaintiff*

Date:   January 12, 2022