| | | |
|---|---|---|
| Zyair Brown | * | IN THE CIRCUIT COURT |
| | * | |
| Plaintiff, | * | FOR PRINCE GEORGE'S |
| | * | |
| v. | * | COUNTY, MARYLAND |
| | * | |
| | * | CASE NO.: CAL21-09483 |
| Daren Lamar Lassiter | * | |
| | * | |
| and | * | |
| | * | |
| Pro Transport & Leasing, Inc., | * | |
| | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## REQUEST FOR JURY TRIAL

Plaintiff, by and through her attorney requests a trial by jury on all counts in the above-captioned case.

SHELSBY & LEONI

By: _____
Robert C. Morgan, Esquire
(Member of Maryland Bar)
221 Main Street
Wilmington, DE 19804
(302) 995-6210
rmorgan@mslde.com
AIS #8112010261
*Attorney for Plaintiff*

Date: January 12, 2022

5

Exhibit 3